IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Lee Jackson, Jr.

    Plaintiff(s)

vs.

State

    Defendant(s)

Civil Action No.: 1:02-cv-01616 JFM

******

## ORDER

IT IS HEREBY ORDERED, this _5th_ day of _Dec_, 2003, that Douglas R. M. Nazarian, Esq., Hogan and Hartson, LLP, 111 S. Calvert St., Ste. 1600, Baltimore, MD 21202, (410) 539-6981, be appointed to represent Plaintiff in the above-captioned civil action, without compensation, except as allowed by any applicable statute. The Clerk is directed to enter the appearance of Counsel.

J. Frederick Motz
United States District Judge