IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| LEE JACKSON, JR. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. JFM-02-1616 |
| STATE OF MARYLAND | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL

The parties, by their respective undersigned attorneys, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice.

Respectfully submitted,

_/s/ Douglas R. M. Nazarian_
Douglas R. M. Nazarian
(Fed. Bar No. 23402)
Dennis M. Robinson, Jr.
(Fed. Bar No. 27047)
HOGAN & HARTSON L.L.P.
111 S. Calvert Street, Suite 1600
Baltimore, Maryland 21202-6191
(410) 659-2700 (ph.)
(410) 539-6981 (fax)

Counsel for Plaintiff

_/s/ Stephanie Lane-Weber/DMR_
Stephanie Lane-Weber
(Fed Bar No. 00023)
Assistant Attorney General
St. Paul Plaza, 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6340 (ph.)
(410) 576-6880 (fax)

Counsel for Defendant

Stipulation approved. Accordingly, this action is hereby DISMISSED with prejudice.

SO ORDERED this _____ day of _____, 2004.

_____
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE